1

2                    UNITED STATES DISTRICT COURT

3              FOR THE EASTERN DISTRICT OF WASHINGTON

4
    LEONARD COLLINS,
5

6              Plaintiff,                    No.    2:13-CV-00125-JTR

7    v.
                                             JUDGMENT IN A
8    CAROLYN W. COLVIN,                       CIVIL CASE
     Commissioner of Social Security,
9

10
               Defendant.
11

12       **DECISION BY THE COURT:**

13
         This action came to hearing before the court.  The issues have been heard
14

15   and a decision has been rendered.

16
         **IT IS ORDERED AND ADJUDGED** that:
17

18       Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.  The

19
     matter is **REMANDED** for additional proceedings, and Judgment is entered for
20

21   Plaintiff.

22
         DATED:  February 10, 2014
23

24                                      SEAN F. McAVOY
25                                      Clerk of Court

26
                                        By:  *s/Pam Howard*
27                                           Deputy Clerk
28

29

30   **1 | JUDGMENT IN A CIVIL CASE**